State Board of Education *v.* South Middleton Township School District.

Argued June 12, 1967. *Heath L. Allen,* with him *Metzger, Hafer, Keefer, Thomas & Wood,* for appellant; *John P. McCord,* Deputy Attorney General, with him *Warren G. Morgan,* Assistant Attorney General, *Edward Friedman,* Counsel General, and *William C. Sennett,* Attorney General, for State Board of Education, appellee.

Order affirmed.

Stern *v.* Stern, Appellant.

Argued June 19, 1967; reargument refused August 22, 1967. *David H. Kubert,* for appellant; *Elihu A. Greenhouse,* for appellee.

Judgment affirmed.

Thaw *v.* Thaw, Appellant.

Argued June 14, 1967. *Austin M. Lee,* with him *William F. Fox,* and *Fox, Differ, DiGiacomo & Lowe,* for appellant; *Alan E. Boroff,* with him *Herbert W. Salus, Jr.,* and *Wisler, Pearlstine, Talone & Gerber,* for appellee.

Order affirmed.